PROSKAUER ROSE LLP
Elise A. Yablonski
1585 Broadway
New York, NY 10036-8299
Phone: 212.969.3000
Fax: 212.969.2900
*Attorneys for Movants, the Stanley Mann 2007-1 Insurance Trust and Wilmington Savings Fund Society, FSB, as successor-in-interest to Christiana Bank & Trust Company, as Trustee*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AMERICAN GENERAL LIFE INSURANCE COMPANY,<br>Plaintiff,<br><br>vs.<br><br>STANLEY MANN, THE STANLEY MANN 2007 INSURANCE TRUST, CHRISTIANA BANK & TRUST CO., as Trustee, and JOHN DOES 1-10,<br><br>Defendants. | Misc. No. _____<br>M 08-85<br><br>(Case Pending in the District of Delaware)<br>(CA No. 09-434-GMS)<br><br>**NOTICE OF MOTION TO COMPEL**<br>**COMPLIANCE WITH SUBPOENAS** |

PLEASE TAKE NOTICE that, upon the accompanying Declaration of Elise A. Yablonski dated December 30, 2010, and exhibits thereto, the Stanley Mann 2007 Insurance Trust and Wilmington Savings Fund Society (as successor-in-interest to Christiana Bank & Trust Company), as Trustee, through their undersigned counsel, will move this Court, at the Courthouse, 500 Pearl Street, New York, NY, in the courtroom of the District Judge assigned to Part I, on the 18th day of January, 2011 at 1 p.m. or as soon thereafter as counsel may be heard, for an order: 1) compelling Stephen Mostecak to appear for deposition and produce documents in accordance with the subpoena duly served upon him on November 26, 2010; 2) compelling

American International Group to produce documents in accordance with the subpoena duly served upon it on November 29, 2010; and 3) granting such other and further relief as the Court may deem just and proper. The legal and factual bases for this motion are set forth in the accompanying Declaration of Elise A. Yablonski.

Dated: December 30, 2010

                              PROSKAUER ROSE LLP

                              */s/ Elise A. Yablonski*
                              Elise A. Yablonski
                              1585 Broadway
                              New York, New York 10036
                              (212) 969-3976
                              eyablonski@proskauer.com

                              *Attorneys for Movants, the Stanley Mann 2007*
                              *Insurance Trust and Wilmington Savings Fund*
                              *Society (as successor-in-interest to Christiana Bank*
                              *& Trust Company), as Trustee*