## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury, that on this 30th day of December, 2010, I caused to be delivered by overnight courier a copy of the foregoing Notice of Motion and Affirmation of Elise A. Yablonski to the following:

Stephen Mostecak
29 Swan St.
Palisades, NY 10964-1518
*Respondent*

American International Group
c/o Amanda Vrecenak
70 Pine Street
New York, NY 10270
*Respondent*

Robert P. Lesko, Esq.
Wilson Elser Moskowitz Edelman & Dicker LLP
33 Washington Street
Newark, NJ 07102
*Attorneys for American General Life Ins. Co.,*
*Plaintiffs in the Underlying Action*

Elise A. Yablonski